```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 13684
   ARABELLA NEAL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2776

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/07/2004 and was confirmed 06/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  49.00%.

     The case was paid in full 10/05/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
SECOND CITY CONSTRUCTION  CURRENT MORTG        .00            .00            .00
LITTON LOAN SERVICING     CURRENT MORTG        .00            .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE   5853.98            .00        5853.98
ROBERT J ADAMS & ASSOC    PRIORITY       NOT FILED           .00            .00
CARD SERVICE CENTER       UNSECURED        857.15            .00         420.00
US BANK NATIONAL ASSOC    UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       1090.54            .00         534.36
PEOPLES GAS LIGHT & COKE  UNSECURED           .00            .00            .00
SPIEGEL                   UNSECURED      NOT FILED           .00            .00
US BANK NATIONAL ASSOC    NOTICE ONLY    NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED        503.99            .00         246.96
LITTON LOAN SERVICING     COST OF COLLE    320.00            .00         320.00
ECAST SETTLEMENT CORP     UNSECURED        873.56            .00         428.04
CAPITAL ONE BANK          UNSECURED       1513.58            .00         741.65
CAPITAL ONE BANK          UNSECURED        892.17            .00         437.16
CAPITAL ONE BANK          UNSECURED        813.93            .00         398.83
ILLINOIS DEPT OF EMP SEC  SECURED NOT I   1440.50            .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     1,410.00                     1,410.00
TOM VAUGHN                TRUSTEE                                        588.81
DEBTOR REFUND             REFUND                                          90.21

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            11,470.00

PRIORITY                                     .00
SECURED                                 6,173.98
UNSECURED                               3,207.00
ADMINISTRATIVE                          1,410.00
TRUSTEE COMPENSATION                      588.81

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 13684 ARABELLA NEAL
```

```
DEBTOR REFUND                                                    90.21
                                          ---------------  ---------------
TOTALS                                          11,470.00        11,470.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/28/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE